IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME EUGENE TODD,

    Plaintiff,

v.                                CASE NO. 5:14-cv-286-RS-CJK

MICHAEL B. MIKASEY, et al.,

    Defendants.
_____/

## ORDER

Before me are the November 17, 2014, Magistrate Judge's Report and Recommendation (Doc. 10), and Plaintiff's Objection to the Magistrate's Report and Recommendation (Doc. 13). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **TRANSFERRED** to the United States District Court for the Western District of Washington.

3. The Clerk is directed to close this file and terminate all pending motions.

**ORDERED** on December 10, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**